UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| KEVIN JAMAL WILLIAMS,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:14-CV-05571-KLS<br><br><br><br>ORDER ON REMAND |

    Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for supplemental security income under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g).  Upon remand, the Administrative Law Judge shall further develop the record and the claimant shall have an opportunity to present additional evidence.  That Administrative Law Judge shall evaluate Dr. Bristol-Swanson's opinion that the claimant is limited to sedentary work and needs to work with his back to the wall with the ability to see the entire room.  The ALJ shall also reassess the

Page 1        ORDER - [3:14-CV-05571-KLS]

residual functional capacity and provide rationale for the assessed limitations; and obtain supplemental vocational expert evidence at step five.

DATED this 24th day of November, 2014.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Benjamin J. Groebner
BENJAMIN J. GROEBNER
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2494
Fax:  (206) 615-2531
benjamin.groebner@ssa.gov

Page 2        ORDER - [3:14-CV-05571-KLS]